IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROGER L. BLANKEN, | : | Civil Action No. 4:14-cv-00428 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| KENTUCKY HIGHLANDS | : | |
| INVESTMENT CORPORATION, | : | |
| et al, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

And now, this 7th day of October, 2014, Defendants' Motion to Transfer

Case is GRANTED (ECF No. 8). The clerk is directed to transfer the action to the

Eastern District of Kentucky.


BY THE COURT:


s/ Matthew W. Brann
Matthew W. Brann
United States District Judge